UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ADAM WINTHER**,　　　　　　　　　　　　Case No. 3:14-CV-01323-KI

　　　　　　Plaintiff,　　　　　　　　　　　　JUDGMENT

　　v.

**COMMISSIONER OF SOCIAL SECURITY**,

　　　　　　Defendant.

　　Alan R. Unkeles
　　3000 NW Stucki Place No. 230
　　Hillsboro, OR 97124

　　　　　　Attorney for Plaintiff

　　Billy J. Williams
　　Acting United States Attorney
　　District of Oregon
　　Janice E. Hebert
　　Assistant United States Attorney
　　1000 SW Third Ave., Suite 600
　　Portland, OR 97201-2902

Page 1 - JUDGMENT

Jeffrey R. McClain
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this      22nd      day of October, 2015.

                                                    /s/ Garr M. King
                                                    Garr M. King
                                                    United States District Judge