Alan R. Unkeles, OSB #77-377
3000 NW Stucki Place No. 230
Hillsboro, OR 97124-7328
(503) 531-5370
(866) 799-5977 fax
sue@alanrunkelespc.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ADAM WINTHER,<br>    Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 3:14-cv-01323-KI<br><br>Order Allowing Attorney Fees Under the Equal Access to Justice Act<br>28 U.S.C. § 2412. |

Upon plaintiff's motion for EAJA fees under 28 U.S.C. § 2412 and defendant's response, it is hereby ORDERED that an attorney fee of $5,655.74 fee is allowed, subject to Department of the Treasury's Offset Program. If plaintiff has no federal debt subject to offset, the fee shall be paid to the order of plaintiff's attorney Alan R. Unkeles and mailed to him directly at 3000 NW Stucki Place No. 230, Hillsboro Oregon.

DATED this 11 day of February 2016

_____
Garr M. King
United States District Judge

Submitted by:
Alan R. Unkeles OSB # 77-3773